**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Tammy Marie Fleming fka Tammy Marie Rich**
**William Scott Fleming aka Scott Fleming**
**Debtor(s)**

**BK NO. 26-02611 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Maggie Soboleski

Maggie Soboleski
21 Sep 2026, 12:14:08, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322



Document ID: 9ca478719eda795ce88e28fd71c84615486dafffd025bf0566b90fae6126727d